

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00830-CR

Herbert Vince **ARCENEAUX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4163
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 9, 2014.

Catherine Stone, Chief Justice